

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDELL TURNER BURGESS,                )    No. C 06-3550 JSW (PR)
                                       )
                Petitioner,            )
                                       )    **ORDER OF TRANSFER**
    vs.                                )
                                       )
CDCR/BPH, et al,                       )
                                       )
                Respondents.           )
                                       )

1
2
3
4
5
6
7
8
9
10
11
12
13
14    Petitioner is a state prisoner currently incarcerated at Deuel Vocational Institute
15 located in Tracey, California, within the venue of the United States District Court for the
16 Eastern District of California.  On June 2, 2006, he filed a petition for a writ of habeas
17 corpus regarding his hearing before the Board of Parole Hearings in Santa Cruz County
18 which resulted in a twelve month parole revocation sentence.
19    A petition for a writ of habeas corpus made by a person in custody under the
20 judgment and sentence of a state court of a state which contains two or more federal
21 judicial districts may be filed in either the district of confinement or the district of
22 conviction.  *See* 28 U.S.C. § 2241(d).  Each of such districts shall have concurrent
23 jurisdiction to entertain the petition; however, the district court for the district where the
24 petition is filed may transfer the petition to the other district in the furtherance of justice.
25 *See id.*  However, if the petition is directed to the manner in which a sentence is being
26 executed, e.g., if it involves parole or time credits claims, the district of confinement is
27 the preferable forum.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249
28 (9th Cir. 1989).
    In this case, the petition is directed to the execution of sentence.  Therefore, the

Dockets.Justia.com

1   Court will transfer this action to the United States District Court for the Eastern District

2   of California.  Accordingly, IT IS ORDERED in the interest of justice, and pursuant to

3   28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District

4   Court for the Eastern District of California.  The Clerk of the Court shall transfer this

5   matter forthwith.

6        IT IS SO ORDERED.

7   DATED: June 14, 2006

8                                         JEFFREY S. WHITE
                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28